IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff-Respondent,  )<br>  )<br>v.  )<br>  )<br>SHAWN J. NELSON,  )<br>  )<br>       Defendant-Movant.  )<br>_____ ) | Case No.   CV-08-542-E-BLW<br>                CR-06-42-E-BLW<br><br>**JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by SHAWN J. NELSON is DISMISSED and Case No. CV-08-542-E-BLW is DISMISSED with prejudice.

DATED:  **November 10, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**